IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARHERYNNE W. KENDRICK                                                    PETITIONER

v.                            CIVIL NO.   5:08-CV-05151-JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                         RESPONDENT

O R D E R

Petitioner, a prisoner of the Arkansas Department of Correction, Delta regional Unit, Dermott, Arkansas, has submitted a petition for writ of habeas corpus under 28 U.S.C. section 2254 for filing in this district, together with a request for leave to proceed in forma pauperis. Since it appears he is unable to pay the cost for commencement of suit, the following order is entered this 24th day of July 2008:

IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted and the clerk is directed to file the petition nunc pro tunc as of June 24, 2008. The matter of service will be determined at a later date.

IT IS SO ORDERED this July 24, 2008.

/s/ J. Marschewski
James R. Marschewski
United States Magistrate Judge